## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL LAMONT THOMAS, # 253113, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) )  CIV. ACT. NO. 1:23-cv-86-TFM-B |
| SHARON FOLKS, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On July 21, 2023, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2254 be denied. *See* Doc. 10. It further recommends the denial of a certificate of appealability and leave to appeal *in forma pauperis*. *Id*. Petitioner filed his objections on August 15, 2023. *See* Doc. 11. Therefore the Report and Recommendation is ripe for review.

Having reviewed the objections, the Court finds that they make some of the same points raised about Petitioner's perception that he is not subject to the jurisdiction of the Courts. Other objections appear nonsensical. Regardless, none of these objections offset the well-reasoned analysis of the Magistrate Judge.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the petition for habeas corpus is **DENIED** and this action is **DISMISSED without prejudice**. Finally, the Court determines that Petitioner is not entitled to a Certificate of Appealability nor the ability to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 7th day of November, 2023.

                                            /s/Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES DISTRICT JUDGE