IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMANUEL LAMONT THOMAS, # 253113, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CIV. ACT. NO. 1:23-cv-86-TFM-B |
| SHARON FOLKS, | ) ) ) |
| Respondent. | ) |

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's petition for habeas corpus relief brought under 28 U.S.C. § 2254 is **DENIED** and this action is **DISMISSED without prejudice** as frivolous. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 7th day of November, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE